# Donald & Cheryl Millard

# Proof of Income
# Filed pursuant to rule 1007-4

# Case No. 17-23618

# View Paycheck

**Donald Millard**

**Company:** Arconic
**Address:** 201 Isabella Street
Pittsburgh, PA 152125858
**Phone:** 1-844-9ARCONIC

**Net Pay:** $4,326.34
**Pay Begin Date:** 07/01/2017
**Period Ending:** 07/31/2017
**Advice Date:** 07/31/2017

View a Different Paycheck
Print Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Donald W Millard | | |
| **Employee ID:** | [redacted] | **Pay Group:** | MON |
| **Address:** | PO Box 97 | **Department:** | 00160-16317 ACOA - ALCOA TECHN |
| | Spring Church, PA 15686 | **Location:** | Alcoa Center, Pennsylvania |
| | | **Pay Rate:** | $6,571.58   Monthly |

## Tax Data

| | | | | |
|---|---|---|---|---|
| Fed Marital Status: | Married | | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | | PA Addl Amount: | $0.00 |

## Earnings

| Description | Prior Begin Date | Prior End Date | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|---|---|
| Salary | | | | | 6,571.58 | 45,597.56 |
| Grp Term* | | | | | 12.90 | 90.30 |
| Perf Pay | | | | | | 3,968.00 |

## Before-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Ins-Health | 401.21 | 2,808.47 |
| PT HC FSA | 200.00 | 1,400.00 |
| 401K Match | 197.15 | 788.60 |
| **Total:** | **798.36** | **4,997.07** |

## Taxes

| Description | This Period | Year-To-Date |
|---|---|---|
| Fed Withholdng | 629.53 | 5,403.82 |
| Fed MED/EE | 86.76 | 658.99 |
| Fed OASDI/EE | 370.96 | 2,817.74 |
| PA Unempl EE | 4.60 | 34.70 |
| PA Withholdng | 183.29 | 1,392.46 |
| PA UPPER BURRELL TW Withholdng | 59.70 | 453.55 |
| PA UPPER BURRELL TW LS Tax | 4.33 | 30.31 |
| **Total:** | **1,339.17** | **10,791.57** |

## After-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Emp Life | 28.58 | 200.06 |
| Sp Life | 22.40 | 156.80 |
| Gnral Loan | 56.73 | 397.11 |

|  |  |  |  | Total: | 107.71 | 753.97 |
|---|---|---|---|---|---|---|
| Gross-*Non-Cash Items |  |  | 6,584.46   49,655.86 |  |  |  |

**Paycheck Summary**

|  | Total Gross | Fed Taxable Gross | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 6,571.58 | 5,786.12 | 2,245.24 | 4,326.34 |
| YTD | 49,565.56 | 44,658.79 | 16,542.61 | 33,022.95 |

**Net Pay Distribution**

| Payment Type | Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 21133058 | Checking |  | 4,326.34 |

# View Paycheck

**Donald Millard**

**Company:** Arconic
**Address:** 201 Isabella Street, Pittsburgh, PA 152125858
**Phone:** 1-844-9ARCONIC

**Net Pay:** $4,326.33
**Pay Begin Date:** 06/01/2017
**Period Ending:** 06/30/2017
**Advice Date:** 06/30/2017

View a Different Paycheck
Print Paycheck

## General

| | | | |
|---|---|---|---|
| Name: | Donald W Millard | | |
| Employee ID: | [redacted] | Pay Group: | MON |
| Address: | PO Box 97, Spring Church, PA 15686 | Department: | 00160-16317 ACOA - ALCOA TECHN |
| | | Location: | Alcoa Center, Pennsylvania |
| | | Pay Rate: | $6,571.58   Monthly |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

## Earnings

| Description | Prior Begin Date | Prior End Date | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|---|---|
| Salary | | | | | 6,571.58 | 39,025.98 |
| Grp Term* | | | | | 12.90 | 77.40 |
| Perf Pay | | | | | | 3,968.00 |

## Before-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Ins-Health | 401.21 | 2,407.26 |
| PT HC FSA | 200.00 | 1,200.00 |
| 401K Match | 197.15 | 591.45 |
| **Total:** | **798.36** | **4,198.71** |

## Taxes

| Description | This Period | Year-To-Date |
|---|---|---|
| Fed Withholdng | 629.53 | 4,774.29 |
| Fed MED/EE | 86.76 | 572.23 |
| Fed OASDI/EE | 370.97 | 2,446.78 |
| PA Unempl EE | 4.60 | 30.10 |
| PA Withholdng | 183.29 | 1,209.17 |
| PA UPPER BURRELL TW Withholding | 59.70 | 393.85 |
| PA UPPER BURRELL TW LS Tax | 4.33 | 25.98 |
| **Total:** | **1,339.18** | **9,452.40** |

## After-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Emp Life | 28.58 | 171.48 |
| Sp Life | 22.40 | 134.40 |
| Gnral Loan | 56.73 | 340.38 |

|  |  |  |  | Total: | 107.71 | 646.26 |
|---|---|---|---|---|---|---|
| Gross-*Non-Cash Items |  | 6,584.48 | 43,071.38 |  |  |  |

### Paycheck Summary

|  | Total Gross | Fed Taxable Gross | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 6,571.58 | 5,786.12 | 2,245.25 | 4,326.33 |
| YTD | 42,993.98 | 38,872.67 | 14,297.37 | 28,696.61 |

### Net Pay Distribution

| Payment Type | Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 21063150 | Checking |  | 4,326.33 |

# View Paycheck

**Donald Millard**

| | |
|---|---|
| **Company:** Arconic | **Net Pay:** $4,326.34 |
| **Address:** 201 Isabella Street Pittsburgh, PA 152125858 | **Pay Begin Date:** 05/01/2017 |
| | **Period Ending:** 05/31/2017 |
| | **Advice Date:** 05/31/2017 |
| **Phone:** 1-844-9ARCONIC | |

View a Different Paycheck
Print Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Donald W Millard | | |
| **Employee ID:** | [redacted] | **Pay Group:** | MON |
| **Address:** | PO Box 97 Spring Church, PA 15686 | **Department:** | 00160-16317 ACOA - ALCOA TECHN |
| | | **Location:** | Alcoa Center, Pennsylvania |
| | | **Pay Rate:** | $6,571.58    Monthly |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

## Earnings

| Description | Prior Begin Date | Prior End Date | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|---|---|
| Salary | | | | | 6,571.58 | 32,454.40 |
| Grp Term* | | | | | 12.90 | 64.50 |
| Perf Pay | | | | | | 3,968.00 |

## Before-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Ins-Health | 401.21 | 2,006.05 |
| PT HC FSA | 200.00 | 1,000.00 |
| 401K Match | 197.15 | 394.30 |
| **Total:** | 798.36 | 3,400.35 |

## Taxes

| Description | This Period | Year-To-Date |
|---|---|---|
| Fed Withholdng | 629.53 | 4,144.76 |
| Fed MED/EE | 86.76 | 485.47 |
| Fed OASDI/EE | 370.96 | 2,075.81 |
| PA Unempl EE | 4.60 | 25.50 |
| PA Withholdng | 183.29 | 1,025.88 |
| PA UPPER BURRELL TW Withholdng | 59.70 | 334.15 |
| PA UPPER BURRELL TW LS Tax | 4.33 | 21.65 |
| **Total:** | 1,339.17 | 8,113.22 |

## After-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Emp Life | 28.58 | 142.90 |
| Sp Life | 22.40 | 112.00 |
| Gnral Loan | 56.73 | 283.65 |

|  |  |  | Total: | 107.71 | 538.55 |
|---|---|---|---|---|---|
| Gross+*Non-Cash Items |  | 6,584.40 | 36,486.90 |  |  |

Paycheck Summary

|  | Total Gross | Fed Taxable Gross | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 6,571.58 | 5,786.12 | 2,245.24 | 4,326.34 |
| YTD | 36,422.40 | 33,086.55 | 12,052.12 | 24,370.28 |

Net Pay Distribution

| Payment Type | Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 20992855 | Checking |  | 4,326.34 |

# View Paycheck

**Donald Millard**

**Company:** Arconic
**Address:** 201 Isabella Street, Pittsburgh, PA 152125858
**Phone:** 1-844-9ARCONIC

**Net Pay:** $4,326.35
**Pay Begin Date:** 04/01/2017
**Period Ending:** 04/30/2017
**Advice Date:** 04/28/2017

View a Different Paycheck
Print Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Donald W Millard | | |
| **Employee ID:** | [redacted] | **Pay Group:** | MON |
| **Address:** | PO Box 97, Spring Church, PA 15686 | **Department:** | 00160-16317 ACOA - ALCOA TECHN |
| | | **Location:** | Alcoa Center, Pennsylvania |
| | | **Pay Rate:** | $6,571.58   Monthly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** Married | | **PA Marital Status:** Not applicable | |
| **Fed Allowances:** 1 | | **PA Allowances:** 0 | |
| **Fed Addl Percent:** 0.000 | | **PA Addl Percent:** 0.000 | |
| **Fed Addl Amount:** $0.00 | | **PA Addl Amount:** $0.00 | |

## Earnings

| Description | Prior Begin Date | Prior End Date | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|---|---|
| Salary | | | | | 6,571.58 | 25,882.82 |
| Grp Term* | | | | | 12.90 | 51.60 |
| Perf Pay | | | | | | 3,968.00 |

## Before-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Ins-Health | 401.21 | 1,604.84 |
| PT HC FSA | 200.00 | 800.00 |
| 401K Match | 197.15 | 197.15 |
| **Total:** | 798.36 | 2,601.99 |

## Taxes

| Description | This Period | Year-To-Date |
|---|---|---|
| Fed Withholdng | 629.53 | 3,515.23 |
| Fed MED/EE | 86.75 | 398.71 |
| Fed OASDI/EE | 370.96 | 1,704.85 |
| PA Unempl EE | 4.60 | 20.90 |
| PA Withholdng | 183.29 | 842.59 |
| PA UPPER BURRELL TW Withholdng | 59.70 | 274.45 |
| PA UPPER BURRELL TW LS Tax | 4.33 | 17.32 |
| **Total:** | 1,339.16 | 6,774.05 |

## After-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Emp Life | 28.58 | 114.32 |
| Sp Life | 22.40 | 89.60 |
| Gnral Loan | 56.73 | 226.92 |

|  |  |  |  |  |
|---|---|---|---|---|
| Gross+*Non-Cash Items |  | 6,584.48 | 29,902.42 | Total:  107.71  430.84 |

### Paycheck Summary

|  | Total Gross | Fed Taxable Gross | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 6,571.58 | 5,786.12 | 2,245.23 | 4,326.35 |
| YTD | 29,850.82 | 27,300.43 | 9,806.88 | 20,043.94 |

### Net Pay Distribution

| Payment Type | Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 20904747 | Checking |  | 4,326.35 |

## View Paycheck

**Donald Millard**

| | |
|---|---|
| **Company:** Arconic | **Net Pay:** $4,493.91 |
| **Address:** 201 Isabella Street, Pittsburgh, PA 152125858 | **Pay Begin Date:** 03/01/2017 |
| | **Period Ending:** 03/31/2017 |
| **Phone:** 1-844-9ARCONIC | **Advice Date:** 03/31/2017 |

View a Different Paycheck
Print Paycheck

### General

| | | | |
|---|---|---|---|
| **Name:** | Donald W Millard | | |
| **Employee ID:** | (redacted) | **Pay Group:** | MON |
| **Address:** | PO Box 97, Spring Church, PA 15686 | **Department:** | 00160-16317 ACOA - ALCOA TECHN |
| | | **Location:** | Alcoa Center, Pennsylvania |
| | | **Pay Rate:** | $6,571.58   Monthly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **PA Marital Status:** | Not applicable |
| **Fed Allowances:** | 1 | **PA Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **PA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **PA Addl Amount:** | $0.00 |

### Earnings

| Description | Prior Begin Date | Prior End Date | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|---|---|
| Salary | | | | | 6,571.58 | 19,311.24 |
| Grp Term* | | | | | 12.90 | 38.70 |
| Perf Pay | | | | | | 3,968.00 |

### Before-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Ins-Health | 401.21 | 1,203.63 |
| PT HC FSA | 200.00 | 600.00 |
| **Total:** | **601.21** | **1,803.63** |

### Taxes

| Description | This Period | Year-To-Date |
|---|---|---|
| Fed Withholdng | 659.10 | 2,885.70 |
| Fed MED/EE | 86.76 | 311.96 |
| Fed OASDI/EE | 370.97 | 1,333.89 |
| PA Unempl EE | 4.60 | 16.30 |
| PA Withholdng | 183.29 | 659.30 |
| PA UPPER BURRELL TW Withholdng | 59.70 | 214.75 |
| PA UPPER BURRELL TW LS Tax | 4.33 | 12.99 |
| **Total:** | **1,368.75** | **5,434.89** |

### After-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Emp Life | 28.58 | 85.74 |
| Sp Life | 22.40 | 67.20 |
| Gnral Loan | 56.73 | 170.19 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Total: | 107.71 | 323.13 |
| Gross+*Non-Cash Items |  | 6,584.48 | 23,317.94 |  |  |

**Paycheck Summary**

|  | Total Gross | Fed Taxable Gross | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 6,571.58 | 5,983.27 | 2,077.67 | 4,493.91 |
| YTD | 23,279.24 | 21,514.31 | 7,561.65 | 15,717.59 |

**Net Pay Distribution**

| Payment Type | Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 20835872 | Checking |  | 4,493.91 |

# View Paycheck

**Donald Millard**

| | |
|---|---|
| Company: | Arconic |
| Address: | 201 Isabella Street |
| | Pittsburgh, PA 152125858 |
| Phone: | 1-844-9ARCONIC |

| | |
|---|---|
| Net Pay: | $4,346.21 |
| Pay Begin Date: | 02/01/2017 |
| Period Ending: | 02/28/2017 |
| Advice Date: | 02/28/2017 |

View a Different Paycheck
Print Paycheck

## General

| | | | |
|---|---|---|---|
| Name: | Donald W Millard | | |
| Employee ID: | (redacted) | Pay Group: | MON |
| Address: | PO Box 97 | Department: | 00160-16317 ACOA - ALCOA TECHN |
| | Spring Church, PA 15686 | Location: | Alcoa Center, Pennsylvania |
| | | Pay Rate: | $6,369.83   Monthly |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

## Earnings

| Description | Prior Begin Date | Prior End Date | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|---|---|
| Salary | | | | | 6,369.83 | 12,739.66 |
| Grp Term* | | | | | 12.90 | 25.80 |
| Perf Pay | | | | | | 3,968.00 |

## Before-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Ins-Health | 401.21 | 802.42 |
| PT HC FSA | 200.00 | 400.00 |
| Total: | 601.21 | 1,202.42 |

## Taxes

| Description | This Period | Year-To-Date |
|---|---|---|
| Fed Withholding | 628.84 | 2,226.60 |
| Fed MED/EE | 83.83 | 225.20 |
| Fed OASDI/EE | 358.45 | 962.92 |
| PA Unempl EE | 4.46 | 11.70 |
| PA Withholdng | 177.10 | 476.01 |
| PA UPPER BURRELL TW Withholdng | 57.69 | 155.05 |
| PA UPPER BURRELL TW LS Tax | 4.33 | 8.66 |
| Total: | 1,314.70 | 4,066.14 |

## After-Tax Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| Emp Life | 28.58 | 57.16 |
| Sp Life | 22.40 | 44.80 |
| Gnral Loan | 56.73 | 113.46 |

| | | | | Total: | 107.71 | 215.42 |
|---|---|---|---|---|---|---|
| Gross*Non-Cash Items | | | 6,382.73 | 16,733.46 | | |

### Paycheck Summary

| | Total Gross | Fed Taxable Gross | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 6,369.83 | 5,781.52 | 2,023.62 | 4,346.21 |
| YTD | 16,707.66 | 15,531.04 | 5,483.98 | 11,223.68 |

### Net Pay Distribution

| Payment Type | Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 20754744 | Checking | ███████ | 4,346.21 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
Cheryl D. Millard, ) Bankruptcy No. 17-23618
). Chapter 13
*Debtor* ) Filed Pursuant to Rule 1007-4

### Verification Regarding Proof of Income

I, Cheryl D. Millard, hereby attest under penalty of perjury that the following information is true and correct to the best of my knowledge, information or belief.

I am an independent contractor for Passavant Memorial Homes and I do not receive pay stubs.

My last six months of income is as follows:

| Month | Income |
|---|---|
| July 2017 - | $1,142.45 |
| June 2017 - | $1,115.26 |
| May 2017 - | $1,322.07 |
| April 2017 - | $772.89 |
| March 2017 - | $1,771.91 |
| February 2017 - | $578.08 |

Total Gross Income: $6,702.66

Average Monthly Income: $1,117.11
My total monthly expenses are $200.00 per month for Gasoline and Food and approximately $335.00 per month for Federal, State and Local income tax.

Date: 9-13-17

*Cheryl D. Millard* (signature)
Cheryl D. Millard