IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Donald W. Millard | ) | |
| Cheryl D. Millard, | ) | Case No. 17-23618 GLT |
|     *Debtor* | ) | Chapter 13 |
| | ) | |
| Donald W. Millard, | ) | Related to Document No. 21 |
| Social Security No. XXX-XX- 0365 | ) | |
|     *Movant* | ) | |
| | ) | |
|     *vs.* | ) | |
| | ) | |
| Arconic and Ronda J. Winnecour, Trustee | ) | |
|     *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 26, 2017, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Arconic
Attn: Payroll Dept.
201 Isabella Street
Pittsburgh, PA 15212-5858

Date of Service:    October 26, 2017      /s/ Kenneth Steidl
                                                                                                    Kenneth Steidl, Esquire
                                                                                 STEIDL & STEINBERG
                                                                                 28th Floor, Gulf Tower
                                                                                 707 Grant Street
                                                                                 Pittsburgh, PA 15219
                                                                                 (412) 391-8000
                                                                                 ken.steidl@steidl-steinberg.com