FILED
11/20/17 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Donald W. Millard ) | |
| Cheryl D. Millard, ) | Case No. 17-23618 |
| *Debtor* ) | Chapter 13 |
| ) | |
| Donald W. Millard, ) | Document No. WO-1 |
| Social Security No. XXX-XX-0365 ) | |
| *Movant* ) | |
| ) | Related to Docket No. 29 |
| vs. ) | |
| ) | |
| Arconic and Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## AMENDED ORDER TO PAY TRUSTEE

AND NOW, to wit, this 20th Day of November, 2017, it is hereby ORDERED, ADJUGED, AND DECREED THAT:

1. The Husband Debtor's wage attachment with Arconic is hereby suspended for the month of November 2017 <u>only.</u> No payment is to be sent to the Chapter 13 Trustee by Arconic from the November 2017 payroll.

2. The wage attachment will go back into effect December 1, 2017 at the rate of $1,292.00 per monthly pay. The directives and addresses of the prior wage order dated October 25, 2017 remain unchanged.

FURTHER ORDERED:

Consented to:
*Kenneth Steidl*
Atty for Debtor 11/16/17

Consented to:
*Jana Pail*
Attorney for Trustee
11/16/17

_____
U. S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald W. Millard
Cheryl D. Millard
    Debtors

Case No. 17-23618-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Nov 20, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db/jdb          +Donald W. Millard,    Cheryl D. Millard,    1270 Ridge Road,    Apollo, PA 15613-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
         for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
        Kenneth  Steidl     on behalf of Debtor Donald W. Millard julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
         nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
         einberg.com
        Kenneth  Steidl     on behalf of Joint Debtor Cheryl D. Millard julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
         nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
         einberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                      TOTAL: 6