**Form 132**

UNITED STATES BANKRUPTCY COURT    50
WESTERN DISTRICT OF PENNSYLVANIA    dpas

In re:                                                                                           Bankruptcy Case No.: 17−23618−GLT

Chapter: 7

**Donald W. Millard**
Debtor(s)                                                   Cheryl D. Millard

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

  Charles O. Zebley Jr. is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

  In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 3/16/20                                                                         **Andrew R. Vara**
                                                                                        United States Trustee

                                                                                        **Joseph S. Sisca**
                                                                                        Assistant United States Trustee
                                                                                        Western District of Pennsylvania

---

I Charles O. Zebley Jr., hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                        Charles O. Zebley Jr.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Donald W. Millard  
Cheryl D. Millard  
    Debtors

Case No. 17-23618-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dpas    Page 1 of 1    Date Rcvd: Mar 16, 2020  
                        Form ID: 132    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.  
tr         +Charles O. Zebley, Jr.,   P.O. Box 2124,   Uniontown, PA 15401-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:

            Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com  
            James   Warmbrodt     on  behalf  of  Creditor    U.S. Bank National Association, as indenture trustee,  
             for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com  
            Kenneth   Steidl     on  behalf  of  Debtor  Donald W. Millard julie.steidl@steidl-steinberg.com,  
             ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st  
             eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste  
             inberg.com  
            Kenneth   Steidl     on  behalf  of  Joint Debtor Cheryl D. Millard julie.steidl@steidl-steinberg.com,  
             ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st  
             eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste  
             inberg.com  
            Office  of  the  United  States  Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Ronda  J.  Winnecour     cmecf@chapter13trusteewdpa.com  
            S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
             srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                            TOTAL: 7