IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-23618 GLT |
| ) | Chapter 13 |
| Donald W. Millard, ) | |
| Cheryl D. Millars, ) | |
|    Debtors ) | Related to Docket No. 48 |
| ) | |

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 25, 2020, a true and correct copy of the *Order of Court Dated March 13, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

Date of Service: March 24, 2020      /s/ Kenneth Steidl
                                                          Kenneth Steidl, Esquire
                                                          Attorney for the Debtor
                                                          STEIDL & STEINBERG
                                                          707 Grant Street
                                                          Suite 2830, Gulf Tower Pittsburgh, PA 15219
                                                          (412) 391-8000
                                                          Ken.steidl@steidl-steinberg.com
                                                          PA I.D. No. 34965

```
Label Matrix for local noticing        Affirm                                  Capital One Bank
0315-2                                  633 Folsom St                           PO Box 71083
Case 17-23618-GLT                       San Francisco, CA 94107-3618            Charlotte, NC 28272-1083
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Mar 24 13:51:09 EDT 2020

City of Latrobe                         (p)GATEWAY ONE LENDING & FINANCE  LLC   Huntington Bank
901 Jefferson Street                    175 N RIVERVIEW DRIVE                   PO Box 182519
Box 191                                 ANAHEIM CA 92808-1225                   Columbus, OH 43218-2519
Latrobe, PA 15650-1809


Key Bank                                KeyBank, N.A.                           Latrobe Hospital
1509 Freeport Road                      4910 Tiedeman Road                      134 Industrial Park Road, Suite 2400
Natrona Heights, PA 15065-1314          Brooklyn, OH 44144-2338                 Greensburg, PA 15601-7848


Cheryl D. Millard                       Donald W. Millard                       Office of the United States Trustee
1270 Ridge Road                         1270 Ridge Road                         Liberty Center.
Apollo, PA 15613-8973                   Apollo, PA 15613-8973                   1001 Liberty Avenue, Suite 970
                                                                                Pittsburgh, PA 15222-3721


Old Navy                                PRA Receivables Management, LLC         Pennsylvania Dept. of Revenue
c/o Portfolio Recovery Associates       PO Box 41021                            Department 280946
PO Box 12903                            Norfolk, VA 23541-1021                  P.O. Box 280946
Norfolk, VA 23541-0903                                                          ATTN: BANKRUPTCY DIVISION
                                                                                Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC         Peoples Natural Gas Company LLC         (p)PORTFOLIO RECOVERY ASSOCIATES LLC
c/o S. James Wallace, P.C.              c/o S. James Wallace, P.C.              PO BOX 41067
845 N. Lincoln Ave.                     845 North Lincoln Avenue                NORFOLK VA 23541-1067
Pittsburgh, PA 15233-1828               Pittsburgh, PA 15233-1828


Quantum3 Group LLC as agent for         SantanderConsumerUSA Inc                Select Portfolio Servicing
MOMA Funding LLC                        successor in interest to Gateway,One    PO Box 65250
PO Box 788                              Lending&Finance,LLC(Gateway)            Salt Lake City, UT 84165-0250
Kirkland, WA  98083-0788                P.O. Box 560284 Dallas, TX 75356


Kenneth Steidl                          The Huntington National Bank            S. James Wallace
Steidl & Steinberg                      PO Box 89424                            845 N. Lincoln Avenue
Suite 2830 Gulf Tower                   Cleveland, OH 44101-6424                Pittsburgh, PA 15233-1828
707 Grant Street
Pittsburgh, PA 15219-1908


Walmart                                 James Warmbrodt                         Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 960024                           KML Law Group, P.C.                     PO Box 19657
Orlando, FL 32896-0024                  701 Market Street                       Irvine CA 92623-9657
                                        Suite 5000
                                        Philadelphia, PA 19106-1541


Wells Fargo Bank, N.A., d/b/a Wells Fargo De    Wells Fargo Dealer Services     West Penn Power
PO Box 19657                            P.O. Box 25341                          5001 NASA Blvd
Irvine, CA 92623-9657                   Santa Ana, CA 92799-5341                Fairmont WV 26554-8248
```

Westmoreland County Tax Claim Bureau
2 N Main Street, Suite 406
Greensburg, PA 15601-2417

Charles O. Zebley Jr.
P.O. Box 2124
Uniontown, PA 15401-1724

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Gateway One Lending & Finance
175 N. Riverview Dr.
Anaheim, CA 92808

(d)Gateway One Lending & Finance, LLC
175 N. Riverview Dr.
Anaheim, CA 92808

(d)Gateway One Lending & Finance, LLC
175 N. Riverview Drive
Suite 100
Anaheim, CA 92808

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Affirm

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)Santander Consumer USA, Inc., successor in

(d)Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

(u)U.S. Bank National Association, as indentu

End of Label Matrix
Mailable recipients    31
Bypassed recipients     5
Total                  36