**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DONALD W. MILLARD
    CHERYL D. MILLARD
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:17-23618 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/08/2017 and confirmed on 11/14/2017 . The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,975.33 |
| Less Refunds to Debtor | 3,785.36 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,189.97 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,464.05 | |
|     Trustee Fee | 1,621.97 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,086.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - INDENTURE TRUSTEE | 0.00 | 14,288.82 | 0.00 | 14,288.82 |
|     Acct: 1461 | | | | |
| US BANK NA - INDENTURE TRUSTEE | 1,717.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 1461 | | | | |
| WESTMORELAND COUNTY TAX CLAIM BUI | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| SANTANDER CONSUMER USA** | 9,484.33 | 8,279.38 | 737.03 | 9,016.41 |
|     Acct: 0176 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 12,198.42 | 6,835.20 | 963.52 | 7,798.72 |
|     Acct: 4813 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3057 | | | | |
| | | | | 31,103.95 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DONALD W. MILLARD | 1,292.00 | 1,292.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-23618 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DONALD W. MILLARD | 2,493.36 | 2,493.36 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,464.05 | 0.00 | 0.00 |
| Acct: | | | | |
| US BANK NA - INDENTURE TRUSTEE | 1,823.86 | 0.00 | 0.00 | 0.00 |
| Acct: 1461 | | | | |

\* \* \* N O N E \* \* \*

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| AFFIRM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,449.18 | 0.00 | 0.00 | 0.00 |
| Acct: 3998 | | | | |
| KEYBANK NA** | 23,942.03 | 0.00 | 0.00 | 0.00 |
| Acct: 2453 | | | | |
| LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7479 | | | | |
| LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6495 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,789.75 | 0.00 | 0.00 | 0.00 |
| Acct: 6838 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,754.01 | 0.00 | 0.00 | 0.00 |
| Acct: 7015 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 3,282.92 | 0.00 | 0.00 | 0.00 |
| Acct: 3057 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 566.70 | 0.00 | 0.00 | 0.00 |
| Acct: 9988 | | | | |
| SANTANDER CONSUMER USA** | 77.65 | 0.00 | 0.00 | 0.00 |
| Acct: 0176 | | | | |
| WEST PENN POWER* | 198.20 | 0.00 | 0.00 | 0.00 |
| Acct: 8112 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6838 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY OF LATROBE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                          31,103.95

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,823.86 |
| SECURED | 24,400.00 |
| UNSECURED | 35.060.44 |

Date: 04/28/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com