**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Donald W. Millard** | Social Security number or ITIN  **xxx–xx–0365** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cheryl D. Millard** | Social Security number or ITIN  **xxx–xx–3066** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–23618–GLT**

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donald W. Millard                                               Cheryl D. Millard

7/22/20                                               **By the court:**   Gregory L. Taddonio
                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                          Case No. 17-23618-GLT
Donald W. Millard                                               Chapter 7
Cheryl D. Millard
       Debtors                      CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin            Page 1 of 2                  Date Rcvd: Jul 22, 2020
                              Form ID: 318           Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db/jdb         +Donald W. Millard,    Cheryl D. Millard,    1270 Ridge Road,    Apollo, PA 15613-8973
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15221751       +City of Latrobe,    Po Box 829,   Latrobe, PA 15650-0829
14698179       +City of Latrobe,    901 Jefferson Street,   Box 191,    Latrobe, PA 15650-1809
15221752        Excela Health,    c/o Collection Service Center Inc.,    839 5th Ave.,    Po Box 560,
                 New Kensington, PA 15068-0560
15221753       +Excela Heath Anesthesia,    Po Box 1403,   Indianapolis, IN 46206-1403
14689292       +Key Bank,   1509 Freeport Road,    Natrona Heights, PA 15065-1314
15221759       +Latrobe Hospital,    Excela Health,   1 Mellon Way,    Latrobe, PA 15650-1096
14689293        Latrobe Hospital,    134 Industrial Park Road, Suite 2400,    Greensburg, PA 15601-7848
14689295       +Old Navy,   c/o Portfolio Recovery Associates,    PO Box 12903,    Norfolk, VA 23541-0903
15221761        Peoples Gas Co.,    Po Box 644760,   Pittsburgh, PA 15264-4760
14719561       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15221762        Radiologic Consultants,    Po Box 371863,   Pittsburgh, PA 15250-7863
15218268        SantanderConsumerUSA Inc,    successor in interest to Gateway,One,
                 Lending&Finance,LLC(Gateway),    P.O. Box 560284 Dallas, TX 75356
14689299       +Westmoreland County Tax Claim Bureau,    2 N Main Street, Suite 406,    Greensburg, PA 15601-2417
15221767        Westmoreland Hospital,    Excela Health,   532 West Pittsburgh St.,    Greensburg, PA 15601-2239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2020 05:03:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2020 05:03:07      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14698177       +E-mail/Text: backoffice@affirm.com Jul 23 2020 05:04:18      Affirm,    633 Folsom St,
                 San Francisco, CA 94107-3618
14689289        EDI: CAPITALONE.COM Jul 23 2020 08:18:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
15221754        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jul 23 2020 05:02:17
                 Gateway One Lending & Finance,    160 N. Riverview Drive,    Suite 100,    Anaheim, CA 92808
14698180        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jul 23 2020 05:02:17
                 Gateway One Lending & Finance,    175 N. Riverview Dr.,    Anaheim, CA 92808
14689290        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jul 23 2020 05:02:17
                 Gateway One Lending & Finance, LLC,    175 N. Riverview Drive,    Suite 100,    Anaheim, CA 92808
14689291        E-mail/Text: bankruptcy@huntington.com Jul 23 2020 05:03:19      Huntington Bank,
                 PO Box 182519,    Columbus, OH 43218-2519
14695334       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 23 2020 05:03:34       KeyBank, N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14712581        EDI: PRA.COM Jul 23 2020 08:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14690178       +EDI: PRA.COM Jul 23 2020 08:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14766556        EDI: Q3G.COM Jul 23 2020 08:18:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14689296        E-mail/Text: jennifer.chacon@spservicing.com Jul 23 2020 05:04:18
                 Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
14692236       +E-mail/Text: bankruptcy@huntington.com Jul 23 2020 05:03:20      The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
14689297        EDI: RMSC.COM Jul 23 2020 08:18:00      Walmart,    PO Box 960024,    Orlando, FL 32896-0024
14922671        EDI: WFFC.COM Jul 23 2020 08:18:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,
                 PO Box 19657,    Irvine CA 92623-9657
14696289        EDI: WFFC.COM Jul 23 2020 08:18:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 PO Box 19657,    Irvine, CA 92623-9657
14689298        EDI: WFFC.COM Jul 23 2020 08:18:00      Wells Fargo Dealer Services,    P.O. Box 25341,
                 Santa Ana, CA 92799-5341
14760698       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 23 2020 05:03:26       West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                               TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Santander Consumer USA, Inc., successor in interes
cr              U.S. Bank National Association, as indenture trust
14689288        Affirm
```

```
District/off: 0315-2              User: admin              Page 2 of 2              Date Rcvd: Jul 22, 2020
                                  Form ID: 318             Total Noticed: 35

cr*             ++GATEWAY ONE LENDING & FINANCE  LLC,   175 N RIVERVIEW DRIVE,   ANAHEIM CA 92808-1225
                 (address filed with court:  Gateway One Lending & Finance, LLC,   175 N. Riverview Dr.,
                   Anaheim, CA  92808)
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15221748*       +Affirm,   633 Folsom St,   San Francisco, CA 94107-3618
14698178*        Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
15221749*        Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
15221750*       +City of Latrobe,   901 Jefferson Street,   Box 191,   Latrobe, PA 15650-1809
14698181*        Huntington Bank,   PO Box 182519,   Columbus, OH 43218-2519
15221755*        Huntington Bank,   PO Box 182519,   Columbus, OH 43218-2519
14698182*       +Key Bank,   1509 Freeport Road,   Natrona Heights, PA 15065-1314
15221756*       +Key Bank,   1509 Freeport Road,   Natrona Heights, PA 15065-1314
14689294*        Latrobe Hospital,   134 Industrial Park Road, Suite 2400,   Greensburg, PA 15601-7848
14698183*        Latrobe Hospital,   134 Industrial Park Road, Suite 2400,   Greensburg, PA 15601-7848
14698184*        Latrobe Hospital,   134 Industrial Park Road, Suite 2400,   Greensburg, PA 15601-7848
15221757*        Latrobe Hospital,   134 Industrial Park Road, Suite 2400,   Greensburg, PA 15601-7848
15221758*        Latrobe Hospital,   134 Industrial Park Road, Suite 2400,   Greensburg, PA 15601-7848
14698185*       +Old Navy,   c/o Portfolio Recovery Associates,   PO Box 12903,   Norfolk, VA 23541-0903
15221760*       +Old Navy,   c/o Portfolio Recovery Associates,   PO Box 12903,   Norfolk, VA 23541-0903
14698186*        Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
15221763*        Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
14768471*        Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
14698187*        Walmart,   PO Box 960024,   Orlando, FL 32896-0024
15221764*        Walmart,   PO Box 960024,   Orlando, FL 32896-0024
14698188*        Wells Fargo Dealer Services,   P.O. Box 25341,   Santa Ana, CA 92799-5341
15221765*        Wells Fargo Dealer Services,   P.O. Box 25341,   Santa Ana, CA 92799-5341
14698189*       +Westmoreland County Tax Claim Bureau,   2 N Main Street, Suite 406,   Greensburg, PA 15601-2417
15221766*       +Westmoreland County Tax Claim Bureau,   2 N Main Street, Suite 406,   Greensburg, PA 15601-2417
                                                                                              TOTALS: 3, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:

```
          Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor Donald W. Millard julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth  Steidl    on behalf of Joint Debtor Cheryl D. Millard julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```