FILED
9/22/20 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DONALD W. MILLARD ) | Case No. 17-23618 GLT |
| CHERYL D. MILLARD ) | Chapter 7 |
|    Debtors ) | Document No. |
| ) | Related to Document No. 73 |
| DONALD W. MILLARD ) | |
| CHERYL D. MILLARD ) | |
|    Movants ) | |
| ) | |
|    Vs. ) | |
| ) | |
| RONDA J. WINNEOCUR, TRUSTEE, ) | |
|    Respondents ) | |

**ORDER OF COURT**

AND NOW, to wit, this ___22nd Day of September___, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that the Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania will immediately disburse to Donald and Cheryl Millard, 1270 Ridge Rd., Apollo, PA 15613, the sum of $2,493.36 in unclaimed funds that deposited into the registry account on August 25, 2020. The funds are to be made payable directly to Donald and Cheryl Millard.

                                              Hon. Gregory L. Taddonio
                                              U.S. Bankruptcy Judge

**ENTERED BY DEFAULT**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                      Case No. 17-23618-GLT
Donald W. Millard                                           Chapter 7
Cheryl D. Millard
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: dpas              Page 1 of 1         Date Rcvd: Sep 22, 2020
                             Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.
db/jdb         +Donald W. Millard,    Cheryl D. Millard,    1270 Ridge Road,    Apollo, PA 15613-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bnicholas@kmllawgroup.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Kenneth Steidl    on behalf of Debtor Donald W. Millard julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Joint Debtor Cheryl D. Millard julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6